WAYNE ORDOS (S.B.No. 89037)
Attorney at Law
1415 L Street, Suite 410
Sacramento, CA 95814
Telephone: (916) 556-1776
Facsimile: (916) 556-1233

Attorney for Defendant
T. BAXTER DUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>              Plaintiff, )<br>)<br>  v. )<br>)<br>T. BAXTER DUNN, )<br>)<br>             Defendant. )<br>_____) | Case No. 02-cr-00468 MCE<br><br>**STIPULATION AND ORDER RE: RETURN OF UNITED STATES PASSPORT** |

      On January 13, 2005, Defendant T. Baxter Dunn entered a guilty plea to one count of Honest Services Mail Fraud, Title 18 USC 1341, 1346. On May 31, 2005, Defendant Dunn was sentenced by court to the custody of the Bureau of Prisons for 6 months, 6 months home confinement and a term of 3 years supervised release. The court further imposed a special assessment of $100 and a fine of $40,000. On March 27, 2008, defendant Dunn admitted to a violation of the terms of supervised release and on June 19, 2008 the court recommitted the defendant for 30 days to the custody of the Bureau of Prisons. The court did not change the original term of supervised release.

1

PDF created with pdfFactory trial version www.pdffactory.com

All sentences imposed by the court have been served and all terms and conditions of supervised released have been fully satisfied by the defendant. Defendant Dunn's term of supervised release expires on December 19, 2008.

Defendant Dunn has remarried and he and his wife are anticipating the opportunity to travel outside the United States after the expiration of defendant's term of supervised release. Accordingly, Defendant Dunn respectfully requests the court to grant his request for the return of his United States Passport currently in the custody of the government.

The government and United States Probation do not object to the court's granting of Defendant Dunn's request and the parties hereby stipulate to its return to Defendant Dunn.

IT IS SO STIPULATED:

McGREGOR W. SCOTT
United States Attorney

/S/ Benjamin Wagner
By: _____
DATED: December 16, 2008        BENJAMIN B. WAGNER
Assistant United States Attorney


DATED: December 16, 2008        /s/ Wayne Ordos

WAYNE ORDOS
Attorney for Defendant
T. Baxter Dunn

### **ORDER**

GOOD CAUSE APPEARING, the court grants Defendant Dunn's request for the return of his United States Passport.

IT IS SO ORDERED.

DATED: December 17, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com