Law Offices of Douglas A. Goss
Douglas A. Goss, CA SB# 143052
3439 Brookside Road, Suite 205
Stockton, CA 95219
(209) 373-4680 Office
(209) 474-4951 Fax
doug@douggosslaw.com

*Counsel for Petitioner T. Baxter Dunn*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T. BAXTER DUNN ) | Case No. 2:02-CR-00468-05 |
| ) | |
| Petitioner, ) | **ORDER GRANTING WRIT OF** |
| ) | ***CORAM NOBIS*** |
| v. ) | Under the "All Writs Act" |
| ) | |
| UNITED STATES of AMERICA ) | District Judge: Morrison C. England, Jr. |
| ) | |
| Respondent. ) | |

Good cause appearing, and because the motion is unopposed by the United States, the Court HEREBY GRANTS Petitioner T. Baxter Dunn's Writ of *Coram Nobis*, vacating and setting aside Petitioner's 2005 conviction for honest services mail fraud (2:02CR00468-05) in its entirety.

IT IS SO ORDERED.

DATED: April 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1